AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western District of Mass |
|---|---|
| Name (under which you were convicted): David Yarde | Docket or Case No.: 2012-11181 |
| Place of Confinement: Souza-Boranowski Correction. 1 Harvard Rd PO Box 8000 Shirley ma 01464-8000 | Prisoner No.: W105085 |

Petitioner (including the name under which you were convicted)

David Yarde

v. Dean Gray, Superentendent

Respondent (authorized person having custody of petitioner)

The Attorney General of the State of: Massachusetts

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Suffolk Supperior Court

   (b) Criminal docket or case number (if you know): 2012-11181 / 1284 CR11181.

2. (a) Date of the judgment of conviction (if you know): August 6, 2014

   (b) Date of sentencing: August 28th 2014

3. Length of sentence: life with the Possibility of parole after 15 years

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: second-degree murder charge and unlawful possession of a firearm

6. (a) What was your plea? (Check one)
   - ☑ (1) Not guilty
   - ☐ (2) Guilty
   - ☐ (3) Nolo contendere (no contest)
   - ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ☑ Jury      ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes      ☑ No

8. Did you appeal from the judgment of conviction?

    ☑ Yes      ☐ No

9. If you did appeal, answer the following:

    (a) Name of court: Suffolk Supprrior Court

    (b) Docket or case number (if you know): 2012-11181

    (c) Result: Rule 30 motion Denied

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised: Correcting a wrongful Conviction Based on Scientific Proof of Actual Innocence

    (g) Did you seek further review by a higher state court?      ☐ Yes      ☐ No

        If yes, answer the following:

        (1) Name of court: Appeals Court

        (2) Docket or case number (if you know): 2012-11181

        (3) Result: Denied

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: *Stay of Execution of my Sentence Pending Decision Based on actual Proof of Innocence*

  (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes ☒ No

    (7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No
(2) Second petition:  ☐ Yes   ☒ No
(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I filed a rule 30 which was Denied and a reconsiduration Based on an actual Innocence claim with undisputed facts which was Denied for Being Time Barred

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Actual Innocence and Being unlawfully restraint In violation of my Constitutional rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I've Had Crime Scene reConstrutionist Lewis H Grordon review the Evidence that Convicted me and He came to a Conclusion of scientific certanty that It was Immposible for me to Have Committed this crime

(b) If you did not exhaust your state remedies on Ground One, explain why: I Have Actual Proof of my Innocence that Has Been undisputed By the Prosecution on my reconsideration for my Rule 30 and Instead of the Judge Acknowledgeing my Actual Proof of my Innocence my reconsideration was Denied for Being Time Barred

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: after my Rule 30 and reconsideration was Denied I appealed to the appeals Court for a stay of Execution which was Denied

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 30

Name and location of the court where the motion or petition was filed: Suffolk Superior Court

Docket or case number (if you know): 2012-11181

Date of the court's decision: January 8 2020

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Suffolk Superior Court

Docket or case number (if you know): 2012-11181

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Actual Proof of Innocence and Being unlawfully restraint In violation of the Constitutional rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Crime Scene Reconstructionist Report from Lewish Gordon that is undisputed By the prosecution

(b) If you did not exhaust your state remedies on Ground Two, explain why: I attempted to exhaust my State remedies on Rule 30 which was denied the a reconsideration and a Stay of Execution In the appeal Court which were all denied

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

   (2) If you did not raise this issue in your direct appeal, explain why: Because after my Rule 30 was Denied my reconsideration was also denied for Being time Barred and my Stay of Execution was also denied

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☑ Yes   ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Rule 30 motion and a Reconsideration

   Name and location of the court where the motion or petition was filed: Suffolk Superior Court

   Docket or case number (if you know): 2012-1181

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Suffolk county appeals Court

Docket or case number (if you know): 2012-11181

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:** Actual Innocente and Being unlawfully restraint In violation of my Constitutional Rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have a Crime Scene Reconstructionist expert report from lewis H Gordon that is undisputed By the Prosecution

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: **I attempted to exhaust all my remedies however the Actual Proof of my Innocence was over looked 3 times**

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **Rule 30 and Reconsideration Motion**

Name and location of the court where the motion or petition was filed: **Suffolk Superior Court**

Docket or case number (if you know): **2012-11181**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **Mass Courts of appeals**

Docket or case number (if you know): **2012-11181**

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Actual Proof Innocence and Being unlawfully restraint In violation of my Constitutional rights

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have a Crimescene reconstructionist expert report that is undisputed By the Prosecution

(b) If you did not exhaust your state remedies on Ground Four, explain why: I attempted to But the Proof of my Innocence has Been over looked 3 Times

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 30 and Reconsideration motion

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *Suffolk Superior Court*

Docket or case number (if you know): *2012-11181*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Mass appeals Courts*

Docket or case number (if you know): *2012-11181*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *I attempted to exhaust state remedies and the proof my Innocence was over Looked 3 Time*

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    _____

    _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    _____

    _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

    _____

    _____

    _____

    _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Suffolk Superior Court # 2012-11181 Claims Raised are Actual Innocence

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Liam Scully

(b) At arraignment and plea: Liam Scully

(c) At trial: Liam Scully

(d) At sentencing: Liam Scully

(e) On appeal: Gordon Spencer

(f) In any post-conviction proceeding: Gordon Spencer

(g) On appeal from any ruling against you in a post-conviction proceeding: Gordon Spencer

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **I'm respectuflly requesting that this Honorable order that I Be release from unlawful restraint Immediatly Based on Actual Innocent**
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **7, 22, 21** (month, date, year).

Executed (signed) on _____ (date).

*David Jerde*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16